Belal I Rahman SBN 302105
328 N State St Suite A
Hemet, Ca 92543
951-443-6345
bill@rahmanlawgroup.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, | Case No.: 18-CV-2037-BEN-KSC |
|---|---|
| Plaintiff, | |
| vs. | **ANSWER TO UNVERIFIED COMPLAINT** |
| EL TORO MARKET, A BUSINESS OF UNKNOWN FORM; BILAL-J, A CALIFORNIA CORPORATION; AND DOES 1-10 INCLUSIVE | |
| Defendant | |

COMES NOW, Defendant El Toro Market (hereinafter "the answering Defendant"), and answering the unverified Complaint on file herein for and on behalf of itself alone, answers Plaintiff's unverified Complaint as follows:

Under and pursuant to the provisions of California Code of Civil Procedure, specifically, Section 431.30 thereof, these answering Defendants generally denies each and every allegation of said unverified Complaint, and the whole thereof, and each and every allegation of each and every cause of action alleged therein, and further expressly deny that as a direct or proximate result of any acts or omissions on the part of these answering Defendants, Plaintiff herein sustained or suffered injury or damage in the amount alleged in the unverified Complaint, or in any amount at all, or that Plaintiff has suffered injury or damage for any reason in the sums alleged in the unverified Complaint, or in any other sum or sums, or at all.

# FIRST AFFIRMATIVE DEFENSE

## (No Cause of Action)

1. As a first, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that Plaintiff's unverified Complaint, in its entirety, nor any purported cause of action set forth therein, allege facts sufficient to constitute a cause of action against these answering Defendants.

ANSWER TO UNVERIFIED COMPLAINT - 1

SECOND AFFIRMATIVE DEFENSE

(Statute of Frauds)

2. As a second, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that the action sued on herein is barred by the provisions of Civil Code Sections 1624(b), 1624(c) and 1624(d), in that the contract sued on is for the building and site remodeling, trade services, labor and materials of real property and is invalid unless subscribed by the party sought to be charged.

THIRD AFFIRMATIVE DEFENSE

(Offset)

3. As a third, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that they have incurred damages by reason of Plaintiff's conduct and that it has the right of offset of any amount of monies owed to Plaintiff by way of damages.

FOURTH AFFIRMATIVE DEFENSE

(Waiver)

4. As a fourth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants are informed and believe, and on such information and belief, allege that Plaintiff is engaged in conduct that constitutes waiver of his rights. By reason of such waiver, these answering Defendants is excused from the performance of the obligation of the alleged contract.

FIFTH AFFIRMATIVE DEFENSE

(Estoppel, Unclean hands, Laches)

5. As a fifth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants are informed and believe, and on such information and belief, allege that by reason of Plaintiff's conduct which constitutes a breach of contract, tortious conduct, waiver, unclean hands, and laches, Plaintiff is estopped to assert any right of relief.

ANSWER TO UNVERIFIED COMPLAINT - 2

**SIXTH AFFIRMATIVE DEFENSE**

**(Breach of Contract)**

6. As a sixth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants are informed and believe, and on such information and belief, allege that Plaintiff breached his contract, if any, with Defendants and by reason of such breach of contract, these answering Defendants has been excused of any duty it may have had to perform any obligation set forth in any agreement with Plaintiff, if there be such an agreement.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Release)**

7. As a seventh, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that Plaintiff's actions constituted a full release by Plaintiff of any and all claims which he may have had against these answering Defendants.

**EIGHTH AFFIRMATIVE DEFENSE**

**(In Pari Delicto)**

8. As an eighth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that Plaintiff herein, and each and every cause of action contained in the unverified Complaint, is barred because Plaintiff has engaged in acts and courses of conduct which render him in pari delicto.

**NINTH AFFIRMATIVE DEFENSE**

**(Equitable Estoppel)**

9. As a ninth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that Plaintiff herein, and each and every cause of action contained in the unverified Complaint, is barred by reason of acts, omissions, representations, and courses of conduct by Plaintiff, by which these answering Defendants were led to rely on to its detriment, thereby barring each and every cause of action under the Doctrine of Equitable Estoppel.

**TENTH AFFIRMATIVE DEFENSE**

**(Full Performance)**

10. As a tenth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that its full performance of any agreement or act required of it, if there be such agreements or acts, fulfills all its duties and obligations to Plaintiff, if any there be, contractual, fiduciary, or other, and no other duty or obligation to Plaintiff remains on behalf of these answering Defendants.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

11. As an eleventh, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that at all times material herein, Plaintiff failed and neglected to mitigate his damages so as to reduce and/or diminish his claim.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Ratification of Acts)**

12. As a twelfth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that Plaintiff, by his acts, conduct and/or omissions, has ratified the acts, conduct and omissions, if any, of these answering Defendants; therefore, Plaintiff is barred from seeking any relief from these answering Defendants.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(No Reasonable Reliance)**

13. As a thirteenth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that Plaintiff did not reasonably rely upon any alleged misrepresentations or nondisclosures of material facts made by these answering Defendants; therefore, Plaintiff is barred from seeking any affirmative relief against these answering Defendants.

ANSWER TO UNVERIFIED COMPLAINT - 4

FOURTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

14. As a fourteenth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that the action of Defendants is barred by the applicable statutes of limitations, including, but not limited to, California Code of Civil Procedure Sections 338(a), 338(d), 339(1) and 343; 343; Commercial Code Sections 2725(1) and 2725(2); and Civil Code Section 2079.4.

FIFTEENTH AFFIRMATIVE DEFENSE

(Integration and Parole Evidence Rule)

15. As a fifteenth, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that the unverified Complaint, and each and every cause of action therein, is barred by the Doctrine of Integration and the Parole Evidence Rule.

**WHEREFORE**, these answering Defendants prays for judgment as follows:

    1. That Plaintiff take nothing by reason of the unverified Complaint herein, and that these answering Defendants be dismissed hence;

    2. To the exent to which law, equity, for reasonable attorney's fees;

    3. For costs of suit incurred herein; and

    4. For such other and further relief as the Court may deem just and proper.

DATED: October 31, 2018

By:

Attorney for Defendant El Toro Market

/S/ Belal Rahman Esq.
Belal I Rahman Esq.

ANSWER TO UNVERIFIED COMPLAINT - 5