FILED

OCT 03 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EL TORO MARKET, a business of unknown form; BILAL-J, a California corporation,<br><br>Defendants. | Case No.: 18cv2037-BTM(KSC)<br><br>**ORDER FOLLOWING ORDER TO SHOW CAUSE HEARING;**<br><br>**ORDER IMPOSING MONETARY SANCTIONS AGAINST DEFENDANTS AND DEFENDANTS' COUNSEL FOR FAILURE TO APPEAR AT THE EARLY NEUTRAL EVALUATION CONFERENCE** |

In a Notice and Order filed and served on July 1, 2019, this Court ordered the parties and their respective counsel to appear ***in person*** for an Early Neutral Evaluation Conference ("ENE") on August 19, 2019 at 9:30 a.m. The Notice and Order also directed the parties to meet and confer at the property that is the subject of this action no later than August 2, 2019 and then provide a joint statement to the Court. In addition, the Notice and Order states that a failure to appear in person at the ENE would be cause for the imposition of sanctions and the immediate termination of the ENE. [Doc. No. 12, at

pp. 1-4.] Plaintiff's counsel was unable to reach defendants' counsel to arrange the required meet and confer. [Doc. Nos. 13, 15.] Then, on August 19, 2019, plaintiff and plaintiff's counsel appeared in person for the ENE, but there was no appearance by defendants or defendants' counsel.

Next, in an Order filed on September 6, 2019, the Court set an Order to Show Cause Hearing for ***September 26, 2019 at 11:30 a.m.*** and ordered defendant and defendant's counsel to be present at the hearing ***in person*** to show cause why sanctions should not be imposed against them for failing to comply with the Court's Notice and Order and for failing to appear in person at the ENE. The Court also ordered plaintiff's counsel to file and serve a declaration setting forth the attorney's fees, including the hourly rate, plus expenses, that plaintiff incurred for counsel to prepare for and attend the ENE. [Doc. No. 15, at pp. 1-2.]

On September 26, 2019, defendants and defendants' counsel failed to appear as ordered at the Order to Show Cause Hearing. As directed, plaintiff's counsel filed a Declaration on September 20, 2019 indicating that plaintiff incurred a total of $1,290.00 in attorney's fees, costs, and expenses to appear at the ENE. [Doc. No. 16, at pp. 1-2.]

Based on the foregoing, IT IS HEREBY ORDERED that defendants and defendants' counsel shall, in equal amounts, reimburse plaintiff for attorney's fees, costs, and expenses incurred in the amount of $1,290.00 as a monetary sanction for failing to appear at the ENE on August 19, 2019.

IT IS SO ORDERED.

Dated: October 2, 2019

Hon. Karen S. Crawford
United States Magistrate Judge