Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorney for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EL TORO MARKET, a business of unknown form; BILAL-J, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.** 3:18-cv-02037-BTM-KSC<br><br>**DECLARATION OF JOSEPH R. MANNING IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**Date:** February 28, 2020<br>**Time:** 11:00 a.m.<br>**Courtroom:** 15B<br><br>**Honorable Barry Ted Moskowitz** |

**DECLARATION OF JOSEPH R. MANNING, JR.**

1

I, Joseph R. Manning, declare as follows:

1. I am an attorney at law, licensed to practice before all of the courts of the State of California. My firm, Manning Law, APC, serves as the attorneys of record for Plaintiff James Rutherford. I make this Declaration from personal knowledge and from a review of the files maintained by our office in the ordinary course of business in this action, and I am willing and competent to testify thereto.

2. I submit this Declaration in support of Plaintiffs' Motion for Leave to Amend Plaintiff's Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Proposed First Amended Complaint.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's Proposed First Amended Complaint that shows through redlining how the Proposed Amended Complaint differs from the Complaint.

5. Attached hereto as **Exhibit 3** is a true and correct copy of inspection of the subject property for this Action performed by Plaintiff's CASp investigator, Kenneth Arrington, date June 29, 2019.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Dated: January 20, 2020          Respectfully Submitted,

**MANNING LAW, APC**

By: /s/ Joseph R. Manning Jr., Esq.

Joseph R. Manning Jr., Esq.

Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT 1

25
26
27
28

**DECLARATION OF JOSEPH R. MANNING, JR.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

**DECLARATION OF JOSEPH R. MANNING, JR.**

# EXHIBIT 3

---

**DECLARATION OF JOSEPH R. MANNING, JR.**